UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Ditech Financial LLC

**Order Filed on March 13, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
    Jessica Mercado,

Debtor.

Case No.: 15-33141 ABA

Adv. No.:

Hearing Date: 3/5/19 @ 10:00 a.m.

Judge: Andrew B. Altenburg, Jr.

## ORDER RESOLVING MOTION FOR RELIEF FROM STAY

    The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: March 13, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor: Jessica Mercado
Case No: 15-33141 ABA
Caption of Order: ORDER RESOLVING MOTION FOR RELIEF FROM STAY
_____

      This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Ditech Financial LLC, Denise Carlon, Esq. appearing, upon a motion to vacate the automatic stay as to real property located at 2139 East Chestnut Avenue Unit # 32, Vineland, NJ, 08361, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Victor Druziako, Esq., attorney for Debtor, and for good cause having been shown

      It is **ORDERED, ADJUDGED and DECREED** that as of March 1, 2019, Debtor has cured the post-petition arrears through the February 2019 payment; and

      It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume March 1, 2019 directly to Secured Creditor's servicer, Ditech Financial, P.O. Box 0049, Palatine, IL 60055-0049 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

      It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

      It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

      It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling $531.00, which is to be paid through Debtors' Chapter 13 plan and Motion for Relief is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:  
Jessica Mercado  
    Debtor

Case No. 15-33141-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Mar 13, 2019  
                                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2019.  
db          Jessica Mercado,    2139 E. Chestnut Ave.,    Unit # 32,    Vineland, NJ   08361-8462

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2019                                   Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2019 at the address(es) listed below:  
       Alexandra T. Garcia    on behalf of Creditor    Ditech Financial LLC NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
       Alexandra T. Garcia    on behalf of Creditor    DITECH FINANCIAL LLC NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
       Brian C. Nicholas    on behalf of Creditor    DITECH FINANCIAL LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Denise E. Carlon    on behalf of Creditor    DITECH FINANCIAL LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
       Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com  
       Victor   Druziako    on behalf of Debtor Jessica   Mercado bkdruziako@aol.com  
                                                                                                                                                TOTAL: 7