Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 15–33141–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Jessica Mercado
2139 E. Chestnut Ave.
Unit # 32
Vineland, NJ 08361–8462

Social Security No.:
xxx–xx–2255

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:                January 7, 2020
Time:                10:00 AM
Location:         Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*37* – Certification in Opposition to (related document:36 Creditor's Certification of Default (related document:29 Motion for Relief from Stay re: re: 2139 East Chestnut Avenue Unit # 32, Vineland, NJ, 08361. Fee Amount $ 181. filed by Creditor DITECH FINANCIAL LLC, 34 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of DITECH FINANCIAL LLC. Objection deadline is 12/9/2019. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor DITECH FINANCIAL LLC) filed by Victor Druziako on behalf of Jessica Mercado. (Druziako, Victor)

and transact such other business as may properly come before the meeting.

Dated: December 10, 2019
JAN: lgr

Jeanne Naughton
Clerk